**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SAMUEL COOPER** | ) | |
| | ) | |
| **V.** | ) | **3-06-CV-1050-K** |
| | ) | |
| **ROBERT SHAW, WARDEN** | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge William F. Sanderson, Jr.,  made findings, conclusions and a recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS, THEREFORE, ORDERED that this action is transferred to the Fort Worth Division of the Northern District of Texas for further proceedings.

SO ORDERED this 31st day of July,  2006.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE